IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-45-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| BRYAN MICHAEL BALOG, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A preliminary order of forfeiture was entered on June 4, 2024. (Doc. 45.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 46.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 47) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party, the following property:

> (1) One Plus cell phone (S/N: 865208042410244);
>
> (2) Samsung Galaxy S7 (S/N: 35530174507644);
>
> (3) Montech custom PC tower (S/N: JT20007271068);
>
> (4) Iomega external storage (S/N: 801130168383); and
>
> (5) PYN solid state drive (S/N: PYN20162178980202317).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 14th day of August, 2024.

Donald W. Molloy, District Judge
United States District Court